| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF NEW YORK | **Voluntary Petition** |
|---|---|---|

| Name of debtor (if individual, enter Last, First, Middle):<br>**JANKOWSKI, EDWARD T.** | Name of Joint Debtor (Spouse)(Last, First, Middle) |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):Shareholder, Officer,<br>and Director of E & EJ Restaurants, Inc., d/b/a Ponderosa | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>xxx-xx-0001 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No., St, City, State, & Zip Code)<br>559 West Ferry Street<br>Buffalo, NY 14222 | Street Address of Joint Debtor (No., St., City, State & Zip) |
| County of Residence or of the<br>Principal Place of Business: Erie | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

**04-14024**

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue:** (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is filed** (Check one box) | |
|---|---|---|---|
| [X] Individual(s) | [] Railroad | [X] Chapter 7    [] Chapter 11    [] Chapter 13 | |
| [] Corporation | [] Stockbroker | [] Chapter 9    [] Chapter 12 | |
| [] Partnership | [] Commodity Broker | [] Sec. 304- Case ancillary to foreign proceeding | |
| [] Other _____ | | | |

| **Nature of Debts** (Check one box)<br>Consumer/Non-Business     X Business | **Filing Fee** (Check one box)<br>[X] Full Filing Fee attached<br>[] Filing Fee to be paid in installments (Applicable to individuals |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>[] Debtor is a small business as defined in 11 U.S.C. § 101<br>[] Debtor is and elects to be considered a small business under 11<br>U.S.C. § 1121(e)(Optional) | only) Must attached signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(e). See Official Form No. 3. |

**Statistical/Administrative Information** (estimates only)

[] Debtor estimates that funds will be available for distribution to unsecured creditors.

[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [] | [] | X | [] | [] | |

**Estimated Assets**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| [X] | [] | [] | [] | [] | [] | [] | [] |

**Estimated Debts**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| [] | [] | [] | X | [] | [] | [] | [] |

Form Published by: Law Disks, 734 Franklin Avenue, Garden City, NY 11530

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): | |
|---|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Signature_
Signature of Debtor EDWARD T. JANKOWSKI

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
May 30 2004
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)
JOHN H. RING III

Printed Name of Attorney for Debtor(s)    Bar ID Number
JOHN H. RING III

Firm Name
360 Dingens Street

Address   Buffalo, NY 14206

(716) 826-0770

Telephone Number
May 2004
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐   Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _Signature_   May 2004
Signature of Attorney for Debtor(s)    Date
JOHN H. RING III

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.
☒   No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

In re: , Debtor(s)    Case No:

## SCHEDULE A- REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers excercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H","W","J", or "C" in the third column labeled "Husband, Wife, Joint or Community." if the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C—Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSB. WIFE JOINT COM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | | 0.00 | TOTAL |

In re:  , Debtor(s)        Case No:

## SCHEDULE B— PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C— Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G— Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY<br><br>Col A | NONE<br><br>Col B | DESCRIPTION AND LOCATION OF PROPERTY<br><br>Col. C | HUSB. WIFE JOINT COMM.<br>Col D | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION OF ANY SECURED CLAIM OR EXEMPTION (Col F) | |
|---|---|---|---|---|---|
| 1. Cash on hand. | 1b. | 1c. | 1d. | 1 | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | 2b. X | 2c. | 2d. | 2 | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | 3b. X | 3c. | 3d. | 3 | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | 4b. | 4c. 559 West Ferry Street Buffalo, New York | 4d. | 4 | 2,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | 5b. X | 5c. | 5d. | 5 | |
| 6. Wearing apparel. | 6b. | 6c. 559 West Ferry Street | 6d. | 6 | |
| 7. Furs and jewelry. | 7b. | 7c. Buffalo, New York | 7d. | 7 | 750.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | 8b. X | 8c. | 8d. | 8 | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | 9b. | 9c. Term Insurance | 9d. | 9 | -0- |
| 10. Annuities. Itemize and name each issuer. | 10b. X | 10c. | 10d. | 10 | |

| Description | b | c | d | | Value |
|---|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | 11b. | 11c. SEP | 11d. | 11 | 7,300.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | 12b. | 12c. E & EJ Restaurants, Inc., d/b/a Ponderosa | 12d. | 12 | -0- |
| 13. Interests in partnerships or joint ventures. Itemize. | 13b. X | 13c. | 13d. | 13 | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | 14b. X | 14c. | 14d. | 14 | |
| 15. Accounts receivable. | 15b. | 15c. Income from work 7703 Buffalo Avenue 136 Maple Road | 15d. | 15 | 3,000.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | 16b. X | 16c. | 16d. | 16 | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | 17b. X | 17c. | 17d. | 17 | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | 18b. X | 18c. | 18d. | 18 | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | 19b. X | 19c. | 19d. | 19 | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | 20b. X | 20c. | 20d. | 20 | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | 21b. X | 21c. | 21d. | 21 | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | 22b. | 22c. Ponderosa Franchise Revoked | 22d. | 22 | -0- |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | 23b. | 23c. 1998 Camry | 23d. | 23 | 6,710.00 |
| 24. Boats, motors, and accessories. | 24b. X | 24c. | 24d. | 24 | |
| 25. Aircraft and accessories. | 25b. X | 25c. | 25d. | 25 | |
| 26. Office equipment, furnishings, and supplies. | 26b. X | 26c. | 26d. | 26 | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | 27b. X | 27c. | 27d. | 27 | |
| 28. Inventory. | 28b. X | 28c. | 28d. | 28 | |

In re:  , Debtor(s)      Case No:

| | | | | | |
|---|---|---|---|---|---|
| 29. Animals. | 29b. X | 29c. | 29d. | 29 | |
| 30. Crops— growing or harvested. give particulars. | 30b. X | 30c. | 30d. | 30 | |
| 31. Farming equipment and implements. | 31b. X | 31c. | 31d. | 31 | |
| 32. Farm supplies, chemicals, and feed. | 32b. X | 32c. | 32d. | 32 | |
| 33. Other personal property of any kind not already listed. Itemize. | 33b. X | 33c. | 33d. | 33 | |
| -0- continuation sheets attached | | | Total | $ | 19,860.00 |

Include amounts from any continuation sheets attached.
Report also on Summary of Schedules.

In re:  , Debtor(s)          Case No:

## SCHEDULE C— PROPERTY CLAIMED AS EXEMPT

Debtor(s) elect(s) the exemption to which the debtor(s) is entitled under:

[ ] 11 U.S.C. §522(d)(1) Federal exemptions provided in 11 U.S.C. §522(d). Note: these exemptions are available *only in certain states*.
[ ] 11 U.S.C. §522(b)(2) Exemptions available under applicable nonbankruptcy federal laws, state or local laws where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180 day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law. Specifically, debtor selects the exemptions of the state of:

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
| --- | --- | ---: | ---: |
| Household Goods, Clothes and Jewelry | CPLR Art. 52 | 5,000.00 | 2,750.00 |
| SEP | D & C §282 | All | 7,300.00 |
| Income from 7703 Buffalo Avenue and 136 Maple Road | CPLR Art. 52 | 2,700.00 | 3,000.00 |
| 1998 Camry | D & C §282 | 2,400.00 | 6,710.00 |

In re: , Debtor(s)        Case No:

## SCHEDULE D— CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community" (Abbreviated: H,W,J,C).

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is Disputed, place an "X" in the column labeled Disputed. You may need to place an X in more than one of these three columns.

Report the total of all claims listed on this Schedule D in the box labeled "Total" on the last sheet of the completed Schedule. Report this total also on the Summary of Schedules.

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | H W J C | Date Claim Was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion If Any |
|---|---|---|---|---|---|---|---|---|
| Acct No:  NONE | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | 0.00 | TOTAL |

(Report total also on Summary of Schedules)

In re: , Debtor(s)      Case No:

## SCHEDULE E— CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity in the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC" for "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "CONTINGENT." If the claim is unliquidated, place an "X" in the column labeled "UNLIQUIDATED." If the claim is disputed, place an "X" in the column labeled "DISPUTED." You may need to place an X in more than one of these three columns. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also in the Summary of Schedules.

TYPES OF PRIORITY

[ ]      Extensions of credit in an involuntary case.

      Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. 507(a)(2).

[ ]      Wages, salaries, and commissions

      Wages, salaries and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. 507(a)(3).

[ ]      Contributions to employee benefit plans

      Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original business, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. 507(a)(4).

[ ]      Certain farmers and fishermen

      Claims of certain farmers and fishermen, up to a maximum of $4,000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. 507(a)(5).

[ ]      Deposits by individuals

      Claims of individuals up to a maximum of $1,800* for deposits for the purchase, lease, rental of property or services for personal, family or household use, that were not delivered or provided. 11 U.S.C. 507(a)(6).

[ ]      Alimony, Maintenance or Support

      Claims of a spouse, former spouse, or child of the debtor for Alimony, Maintenance or Support, to the extent provided in 11 U.S.C. 507(a)(7).

X      Taxes and certain other debts owed to governmental units

      Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. 507(a)(8).

[ ]      Commitments to Maintain the Capital of an Insured Depository Institution

      Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. 507(a)(9).

In re: , Debtor(s)     Case No:

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced after the date of adjustment.

| Creditor's Name and Mailing Address Including Zip Code | CODEBTOR | HWJC | Date Claim Was Incurred, and Consideration for Claim | CONTINGENT | UNLIQUIDATED | DISPUTED | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Acct No:<br>NY State Dept. Of Taxation & Finance<br>TSRD-Business Sales Tax Protest<br>W.A. Harriman State Campus<br>Albany, NY 12227 | | | 2002-2003 | | | D | 70,000.00 | 70,000.00 |
| Acct No:<br>Internal Revenue Service<br>Andover, MA 05501 | | | Withholding 2002-2003 | | | D | 3,500.00 | 3,500.00 |
| Acct No:<br>NYS Sales Tax<br>P.O. Box 1208<br>New York, NY 10005 | | | Sales Tax | | | D | 102,725.00 | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| | | | | | | | 176,225.00 | TOTAL |

(Report total also on Summary of Schedules)

In re:  , Debtor(s)        Case No:

SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address,, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or property of the debtor, as of the date of the filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use continuation sheets.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity in the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC" for "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "CONTINGENT." If the claim is unliquidated, place an "X" in the column labeled "UNLIQUIDATED." If the claim is disputed, place an "X" in the column labeled "DISPUTED." You may need to place an X in more than one of these three columns. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also in the Summary of Schedules.

| Creditor's Name and Mailing Address Including Zip Code | CODEBTOR | HWJC | Date Claim Was Incurred And Consideration for Claim If Claim is Subject to Setoff, so State | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Acct No: Richard D. Yellen, Esq. 1640 Statler Towers Buffalo, NY 14202 | | | Attorney's Fees For Corporation 2000-2004 | | | | 1 And No More |
| Acct No: MetroMedia Steakhouses Company 6500 International Parkway Plano, Texas 75093 | | | 2002-2003 Franchise Fees | | | | 22,961.00 |
| Acct No: 4006-6179-3904-6261 Key Bank Platinum Visa Processing Center Des Moines, Iowa 50363 | | | Credit Card 2002 | | | | 12,397.00 |
| Acct No: Key Bank 4910 Tiedeman Road Cleveland, OH 44144 | | | Loan 1998 | | | | 70,000.00 |
| Acct No: 3728-539819-41000 American Express P.O. Box 1270 Newark, NJ 07101 | | | Credit Card 2000-2004 | | | | 3,000.00 |

In re: , Debtor(s)    Case No:

| Acct No:<br>Steven J. Goodman, CPA<br>4549 Main Street<br>Buffalo, NY 14226 | | | Accountant Fees<br>1999-2003 | | | | | 450.00 |
|---|---|---|---|---|---|---|---|---|
| Acct No:<br>Chase Manhattan Bank USA, N.A.<br>200 White Clay Center Drive<br>Newark, Delaware 19801 | | | Credit Card<br>2002-2004 | | | | | 3,423.00 |
| Acct No:<br>Gail Siegel, Esq.<br>JPMorganChase<br>100 Duffy Avenue, 3H2<br>Hicksville, NY 11801 | | | Duplicate | | | | | |
| Acct No:<br>Maines Paper & Food Service, Inc.<br>101 Broome Corporate Parkway<br>Conklin, NY 13748 | | | Restaurant Goods<br>2003 | | | | | 47,973.00 |
| Acct No:<br>Alyssa M. Barreiro, Esq.<br>Hinman, Howard & Kattell, LLP<br>700 Security Mutual Building<br>80 Exchange Street<br>Binghamton, NY 13901 | | | Duplicate | | | | | |
| Acct No: 2282018465<br>Beal Bank<br>6000 Legacy Drive<br>Plano, Texas 75024 | | | Loan<br>1999 | | | | | 34,513.00 |
| Acct No:<br>Benderson Development Company, Inc.<br>570 Delaware Avenue<br>Buffalo, NY 14202 | | | Rent<br>2001-2003 | | | | | 79,866.00 |
| Acct No:<br>North American Energy, Inc.<br>20 West Third Street<br>Jamestown, NY 14702 | | | Gas Service<br>2001 | | | | | 2,082.00 |
| Acct No:<br>Paul A. Peters, Esq.<br>Hiscock & Barclay, LLP<br>1100 M & T Center<br>Three Fountain Plaza<br>Buffalo, NY 14203 | | | Duplicate | | | | | |
| Acct No:<br>Tarantino Foods, LLC<br>530 Bailey Avenue<br>Buffalo, NY 14206 | | | Goods<br>2003 | | | | | 30,000.00 |

In re: , Debtor(s)    Case No:

| Acct No: Robert A. Dean, Esq. Brownstone Professional Building 1870 Whitehaven Road - P.O. Box 1005 Grand Island, NY 14072 | | | Duplicate | | | | | |
|---|---|---|---|---|---|---|---|---|
| Acct No: Advance Carpet Cleaning P.O. Box 3061 Syracuse, NY 13220 | | | Business Debt 1999-2003 | | | | | 400.00 |
| Acct No: Advanta Leasing Services P.O. Box 41598 Philadelphia, PA 19101 | | | Business Debt 1999-2003 | | | | | 7,000.00 |
| Acct No: Aire-Master 976 Almond Road Hornell, NY 14843 | | | Business Debt 1999-2003 | | | | | 200.00 |
| Acct No: American Steam Cleaning Services, Inc. 1317 Sweitzer Street Greenville, Ohio 45373 | | | Business Debt 1999-2003 | | | | | 200.00 |
| Acct No: AT&T P.O. Box 9001310 Louisville, KY 40290 | | | Business Debt 1999-2003 | | | | | 363.00 |
| Acct No: Bee Group Newspapers Classified Dept. P.O. Box 150 Buffalo, NY 14231 | | | Business Debt 1999-2003 | | | | | 415.00 |
| Acct No: Browning-Ferris Industries P.O. Box 830110 Baltimore, MD 21283 | | | Business Debt 1999-2003 | | | | | 650.00 |
| Acct No: Buffalo Expert Service 3003 Genesee Street Buffalo, NY 14225 | | | Business Debt 1999-2003 | | | | | 784.00 |
| Acct No: Buffalo Hotel Supply P.O. Box 646 Amherst, NY 14226 | | | Business Debt 1999-2003 | | | | | 1,233.00 |
| Acct No: Buffalo News One News Plaza P.O. Box 100 Buffalo, NY 14240 | | | Business Debt 1999-2003 | | | | | 516.00 |

In re: , Debtor(s) Case No:

| Acct No: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Comtrex Systems Corporation<br>1348 Scott Lake Road<br>Waterford, MI 48328 | | | Business Debt<br>1999-2003 | | | | | 436.00 |
| Acct No:<br>Darling International Inc.<br>825 Wilson Avenue<br>Newark, NJ 07105 | | | Business Debt<br>1999-2003 | | | | | 236.00 |
| Acct No:<br>Data Source<br>1400 Universal Avenue<br>Kansas City, MO 64120 | | | Business Debt<br>1999-2003 | | | | | 518.00 |
| Acct No:<br>Dataworks<br>4550 S. Windermere Street<br>Englewood, Colorado 81110 | | | Business Debt<br>1999-2003 | | | | | 166.00 |
| Acct No:<br>Dr. Pepper Company<br>P.O. Box 101652<br>Atlanta, GA 30392 | | | Business Debt<br>1999-2003 | | | | | 236.00 |
| Acct No:<br>Farmers Insurance Company<br>P.O. Box 10225<br>Columbus, OH 43215 | | | Business Debt<br>1999-2003 | | | | | 3,600.00 |
| Acct No:<br>First Cardinal Corporation<br>210 Washington Avenue Ext.<br>Albany, NY 12203 | | | Business Debt<br>1999-2003 | | | | | 4,500.00 |
| Acct No:<br>First Rehabilitation Life Insurance Co.<br>P.O. Box 220727<br>Great Neck, NY 11022 | | | Business Debt<br>1999-2003 | | | | | 231.00 |
| Acct No:<br>Hobart<br>111 Dingens Street<br>Buffalo, NY 14206 | | | Business Debt<br>1999-2003 | | | | | 167.00 |
| Acct No:<br>Indus Foods, Inc.<br>1170 Victor Road<br>Suite 230<br>Pittsford, NY 14534 | | | Business Debt<br>1999-2003 | | | | | 16,833.00 |
| Acct No:<br>InstaWhip Foods<br>2117 Genesee Street<br>Buffalo, NY 14211 | | | Business Debt<br>1999-2003 | | | | | 2,311.00 |

In re:  , Debtor(s)        Case No:

| Acct No: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Acct No:<br>Irish Carbon<br>1444 Clinton Street<br>Buffalo, NY 14206 | | | Business Debt<br>1999-2003 | | | | | 1,412.00 |
| Acct No:<br>Key Bank<br>Credit Cards Services<br>P.O. Box 6040<br>Cleveland, OH 44185 | | | Business Debt<br>1999-2003 | | | | | 1,233.00 |
| Acct No:<br>Key Bank<br>P.O. Box 94831<br>Cleveland, OH 44101 | | | Business Debt<br>1999-2003 | | | | | 30,000.00 |
| Acct No:<br>M&T Bank<br>Attention: Special Assets Dept.<br>P.O. Box 767<br>Buffalo, NY 14240 | | | Business Debt<br>1999-2003 | | | | | 300.00 |
| Acct No:<br>MAB Maintenance<br>360 Belmont Avenue<br>Buffalo, NY 14223 | | | Business Debt<br>1999-2003 | | | | | 365.00 |
| Acct No:<br>Manna Refrigeration Service<br>33 Franklin Street<br>Lockport, NY 14094 | | | Business Debt<br>1999-2003 | | | | | 350.00 |
| Acct No:<br>Metro Group, Inc.<br>25 Boxwood Lane<br>P.O. Box 211<br>Buffalo, NY 14225 | | | Business Debt<br>1999-2003 | | | | | 158.00 |
| Acct No:<br>MFHS Physicians' Services, P.C.<br>P.O. Box 8000 - Dept. 744<br>Buffalo, NY 14240 | | | Medical Services<br>1999-2003 | | | | | 26.00 |
| Acct No:<br>Modern Disposal<br>4746 Model City Road<br>Model City, NY 14107 | | | Business Debt<br>1999-2003 | | | | | 587.00 |
| Acct No:<br>Muzak<br>2216 Kensington Avenue<br>Buffalo, NY 14226 | | | Business Debt<br>1999-2003 | | | | | 311.00 |
| Acct No:<br>National Fuel<br>10 Lafayette Square<br>Buffalo, NY 14203 | | | Business Debt<br>1999-2003 | | | | | 2,300.00 |

| Acct No: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Acct No:<br>Niagara Mohawk<br>300 Erie Boulevard West<br>Syracuse, NY 13202 | | | Business Debt<br>1999-2003 | | | | 4,600.00 |
| Acct No:<br>ABD Lighting Co.<br>2885 Bailey Avenue<br>Buffalo, NY 14215 | | | Business Debt<br>1999-2003 | | | | 200.00 |
| Acct No:<br>North American Choice STBA<br>20 West Third Street, Suite 10<br>P.O. Box 400<br>Jamestown, NY 14701 | | | Business Debt<br>1999-2003 | | | | 8,000.00 |
| Acct No:<br>Kaleida Waterfront Health Care Center<br>200 7th Street<br>Buffalo, NY 14201 | | | Medical Services<br>2000 | | | | 23,000.00 |
| Acct No: 5291-4922-3467-5656<br>Capital One Services, Inc.<br>P.O. Box 85617<br>Richmond, Virginia 23285 | | | Credit Card<br>2000-2003 | | | | 4,680.00 |
| Acct No: 4327-4700-0083-5739<br>Juniper Bank<br>P.O. Box 8834<br>Wilmington, DE 19859 | | | Credit Card<br>2000-2003 | | | | 4,365.00 |
| Acct No: 5543-0766-3001-9746<br>Chase Bank, USA<br>P.O. Box 15007<br>Wilmington, DE 19850 | | | Credit Card<br>2000-2003 | | | | 3,200.00 |
| Acct No:<br>Aurora Plumbing<br>5800 Seneca Street<br>Elma, NY 14059 | | | Business Debt<br>1999-2003 | | | | 200.00 |
| Acct No: 4006617939904931<br>Citi Bank<br>P.O. Box 8116<br>S. Hackensack, NJ 07606 | | | Credit Card<br>2000-2003 | | | | 6,896.00 |
| Acct No: 4264297841236727<br>M & T Bank<br>P.O. Box 4091<br>Buffalo, NY 14240 | | | Credit Card<br>2000-2003 | | | | 12,000.00 |
| Acct No: 5424-1802-2698-4109<br>Citi AAdvantage Business Card<br>P.O. Box 410408<br>Salt Lake City, UT 84141 | | | Credit Card<br>2000-2003 | | | | 3,756.00 |

| Acct No: | | | | | | |
|---|---|---|---|---|---|---|
| Acct No: 5588-3285-0047-2265<br>Citibank<br>P.O. Box 8116<br>S. Hackensack, NJ 07606 | | | Credit Card<br>2000-2003 | | | 3,000.00 |
| Acct No:<br>Ecolab<br>P.O. Box 9053217<br>Charlotte, North Carolina 22879 | | | Business Debt<br>2000-2003 | | | 343.00 |
| Acct No:<br>F.J. Pugliese, Inc.<br>909 Oswego Street<br>P.O. Box 4669<br>Utica, NY 13504 | | | Business Debt<br>2000-2003 | | | 389.00 |
| Acct No: 77-22558-8<br>N.Y.S. Unemployment Ins.<br>Church Street Station<br>P.O. Box 1411<br>New York, NY 10005 | | | Unemployment Ins.<br>2002 | | | 2,217.00 |
| Acct No:<br>Pepsi Cola Of Buffalo<br>2770 Walden Avenue<br>Buffalo, NY 14225 | | | Business Debt<br>2000-2003 | | | 30,000.00 |
| Acct No:<br>Povinelli Cuttery Services Inc.<br>3231 Harlem Road<br>Cheektowaga, NY 14225 | | | Business Debt<br>2000-2003 | | | 216.00 |
| Acct No:<br>Randall Benderson<br>P.O. Box 660<br>Buffalo, NY 14201 | | | Duplicate | | | |
| Acct No:<br>The Seven-Up Company<br>P.O. Box 101652<br>Atlanta, GA 30392 | | | Business Debt<br>2000-2003 | | | 1,684.00 |
| Acct No:<br>Vectra<br>3990 Business Park Drive<br>Columbus, OH 43204 | | | Business Debt<br>2000-2003 | | | 885.00 |
| Acct No:<br>W.B. Doner & Company<br>P.O. Box 67-28701<br>Detroit, MI 48267 | | | Business Debt<br>2000-2003 | | | 1,597.00 |
| Acct No:<br>Wasserstrom<br>477 South Front Street<br>Columbus, OH 43215 | | | Business Debt<br>2000-2003 | | | 800.00 |
| | | | | | | 496,731.00 |

(Report total also on Summary of Schedules)

In re:  , Debtor(s)        Case No:

## SCHEDULE G— EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e, "Purchaser," "Agent" etc. State whether the debtor is lessor or lessee of a lease.

Provide the name and complete mailing address of all other parties to each lease or contract described.

NOTE: a party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

| Name and Mailing Address, including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential real property. State Contract Number of any Government Contract |
|---|---|
| NONE | |

In re: , Debtor(s)     Case No:

SCHEDULE H— CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signors. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse in this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of the case.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| NONE | |

In re: , Debtor(s)    Case No:

## SCHEDULE I— CURRENT INCOME OF INDIVIDUAL DEBTORS

The column labeled "spouse" must be completed in all cases filed by joint debtors and by a married debtor in a Chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status:<br><br>Married | Dependents of Debtor and Spouse | | |
| --- | --- | --- | --- |
| | Names<br>Isabelle<br>Natalie | Age<br>4 ½<br>2 | Relationship<br>Daughter<br>Daughter |

| EMPLOYMENT: | Debtor | Spouse |
| --- | --- | --- |
| Occupation, Name of Employer: | Sales Associate - M J Peterson | House Wife |
| How long employed: | November, 2003, to present | |
| Address of employer: | 501 John James Audubon Parkway<br>Amherst, New York | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
| --- | --- | --- |
| Current monthly gross wages, salary, and commissions (Pro rate if not paid monthly) | 1,400.00 | |
| Estimated monthly overtime | | |
| SUBTOTAL | 1,400.00 | 0.00 |
| LESS PAYROLL DEDUCTIONS<br>a. Payroll taxes and Social Security | | |
| b. Insurance | | |
| c. Union dues | | |
| d. Other (Specify) | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | 0.00 | 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | 1,400.00 | 0.00 |
| Regular income from operation of business/profession/farm (attach statement) | | |
| Income from real property | | |
| Interest and dividends | | |
| Alimony, maintenance, or support payments payable to the debtor for the debtor's use or that of the dependents listed above | | |
| Social security or other governmental assistance Specify: | | |
| Pension or retirement income | | |
| Other monthly income (Specify): | | |
| TOTAL MONTHLY INCOME | 1,400.00 | 0.00 |

TOTAL COMBINED MONTHLY INCOME     1,400.00     (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document.

In re: , Debtor(s)    Case No:

## SCHEDULE J— CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

| | |
|---|---:|
| Rent, home mortgage, or mobile-home lot rent | 931.00 |

Are real estate taxes included?   Yes _____   No _____
Is property insurance included?   Yes _____   No _____

| | |
|---|---:|
| Utilities | |
|    Electricity and heating fuel | 350.00 |
|    Water and sewer | 20.00 |
|    Telephone | 45.00 |
|    Other - Cable | 63.00 |
| Home Maintenance, repairs, upkeep | |
| Food | 400.00 |
| Clothing | |
| Laundry, dry cleaning | |
| Medical and dental expenses | |
| Transportation (not including car payments) | |
| Recreation, clubs, entertainment, newspapers, magazines | |
| Charitable contributions | |
| Insurance (not deducted from wages or inc. in mortgage pmt) | |
|    Homeowner's or renter's | |
|    Life | |
|    Health | 530.00 |
|    Auto | 250.00 |
|    Other insurance: | |
| Taxes (not deducted from wages or included in home mortgage) Specify: | |
| Installment payments (in Chapters 12 and 13, do not list payments to be included in the plan) | |
|    Auto payment: | |
|    Other payment: | |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at the debtor's home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other expenses: Wife's Car Payment | 143.00 |
| TOTAL MONTHLY EXPENSES (report also on Summary of Schedules) | 2,732.00 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: , Debtor(s)                         Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under Chapter 12 or Chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, must also complete Questions 19-25. Each question must be answered. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### Definitions

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor, general partners of the debtor and their relatives; corporations of which the debtor is an officer, director or person in control; officers, directors, and persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

AMOUNT                    SOURCE (if more than one)

2004 - $  7,020.00 (estimated)
2003 - $12,000.00 (estimated)

2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment trade or profession, or operation of the debtor's business during the two years immediately preceding the commencement of the case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

AMOUNT                    SOURCE

NONE

3. Payments to creditors

      a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must state payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

NONE

      b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments of either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

NONE

4. Suits and administrative proceedings, executions, garnishments and executions

      a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT/AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Chase Manhattan Bank USA | | Supreme Court, Erie County | Pending |
| Maines Paper & Food Service, Inc. | | Supreme Court, Broome County | Judgment |
| North American Energy, Inc. | | Buffalo City Court, Erie County | Pending |
| Tarantino Foods, LLC | | Supreme Court, Erie County | Summary Judgment |

      b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

NONE

5. Repossessions, foreclosures and returns

      List all property that has been repossessed by a creditor, sold at foreclosure sale, transferred through a deed in lieu of foreclosure or returned to a seller within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE, SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

NONE

## 6. Assignments and receiverships

     a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

NONE

     b. List all property in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME, LOCATION OF COURT, CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION, VALUE OF PROPERTY |
|---|---|---|---|

NONE

## 7. Gifts

     List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

NONE

## 8. Losses

     List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

NONE

## 9. Payments related to debt counseling or bankruptcy

     List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR, IF OTHER THAN DEBTOR | AMOUNT OF MONEY, OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| John H. Ring III - $1,500.00 Filing Fee - $ 209.00 | | |

## 10. Other transfers

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND RELATIONSHIP OF TRANSFEREE; RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

NONE

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, saving, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations and brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT; AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

NONE

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER INSTITUTION | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

NONE

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

NONE

## 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

NONE

### 15. Prior Address of Debtor

 None

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

 None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

 None

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

☒ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None

☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

   If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the **six years** immediately preceding the commencement of this case.

   If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| E & EJ Restaurants, Inc. d/b/a Ponderosa | | 4350 Maple Road Amherst, NY 14226 | Ponderosa Steak House | 1988 to September 5, 2003 |

---

None

☒ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Steven J. Goodman, CPA<br>4549 Main Street<br>Buffalo, NY 14226 | 1998 to 2003 |

None ☒  b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Steven J. Goodman, CPA<br>4549 Main Street<br>Buffalo, NY 14226 | |

None ☒  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ☒  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ☒  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN<br>OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
☒
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Edward T. Jankowski 559 West Ferry Street Buffalo, NY 14222 | Shareholder | 100 percent |

**22 . Former partners, officers, directors and shareholders**

None
☒
a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☒
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Edward T. Jankowski | Weekly Draw when available | $400.00 |

### 24. Tax Consolidation Group.

None
 If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION     LAST FOUR DIGITS OF TAXPAYER IDENTIFICATION NUMBER

_____

### 25. Pension Funds.

None
 If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND     LAST FOUR DIGITS OF TAXPAYER IDENTIFICATION NUMBER

_____

* * * * * *

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____ May 28 2004 _____    Signature _____
                                of Debtor    EDWARD T. JANKOWSKI

Date _____    Signature _____
                                of Joint Debtor
                                (if any)

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____    Signature _____

                                _____
                                Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

--------------------------------------------------------------------------
### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____        _____
 Signature of Bankruptcy Petition Preparer        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

Case 1-04-14024-MJK,  Doc 1,  Filed 05/28/04,  Entered 06/01/04 08:12:56,
Description: Main Document , Page 31 of 42

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In re:

    Debtor(s)                                 Case No:

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from schedules A, B, C, D, E, F, G, H, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED | NO. SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A — Real Property | Yes | 1 | 0.00 | | |
| B — Personal Property | Yes | 3 | 19,860.00 | | |
| C — Property Claimed as Exempt | Yes | 1 | | | |
| D — Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E — Creditors Holding Unsecured Priority Claims | Yes | 2 | | 176,225.00 | |
| F — Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 496,731.00 | |
| G — Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H — Codebtors | Yes | 1 | | | |
| I — Current Income of Individual Debtor(s) | Yes | 1 | | | 1,400.00 |
| J — Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,732.00 |
| Total number of sheets in all Schedules ▸ | | 19 | | | |
| Total Assets ▸ | | | 19,860.00 | | |
| Total Liabilities ▸ | | | | 672,956.00 | |

In re:  , Debtor(s)        Case No:

DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 19 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date May 28 2004        Signature _____
                                   EDWARD T. JANKOWSKI


Date _____        Signature _____

(In joint case, both debtors must sign)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, and that I declare that they are true and correct to the best of my knowledge, information and belief.


Date _____        _____
                         Signature


                         _____
                         (Print or type the name of individual signing for debtor)
(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§152 and 3571.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re ,

Debtor(s)                                    Case No.

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.    I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.    I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to be Surrendered.*

Description of Property                              Creditor's name

NONE

*b. Property to Be Retained.*                        *[Check any applicable statement]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| NONE | | | | |

Date: May 28 2004

_____
EDWARD T. JANKOWSKI

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re

    Debtor(s)                                Case No:

DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. 329
AND BANKRUPTCY RULE 2016(b)

       I certify that I am the attorney for the above named debtor and that the compensation paid or agreed to be paid to me for services rendered or to be rendered in behalf of the debtor in or in connection with a case under title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition, is as follows: $1,500.00 plus filing fee of $209.00 paid, $N/A to be paid, that the source of the compensation and filing fee paid was earnings , and that the source of the compensation agreed to be paid is N/A.

       I have not agreed to share this compensation with any other person. (If appropriate) The details of such sharing or agreement to share are as follows (except that no such details are required of any agreement for sharing of the compensation with a member or regular associate of the attorney's law firm):

Date:   May    2004

                                                   _____
                                        JOHN H. KING III
                                        Attorneys for Debtor(s)

NY State Dept. Of Taxation & Finance
TSRD-Business Sales Tax Protest
W.A. Harriman State Campus
Albany, NY 12227


Richard D. Yellen, Esq.
1640 Statler Towers
Buffalo, NY 14202


MetroMedia Steakhouses Company
6500 International Parkway
Plano, Texas 75093


Key Bank
Platinum Visa
Processing Center
Des Moines, Iowa 50363


Key Bank
4910 Tiedeman Road
Cleveland, OH 44144


American Express
P.O. Box 1270
Newark, NJ 07101


Steven J. Goodman, CPA
4549 Main Street
Buffalo, NY 14226


Chase Manhattan Bank USA, N.A.
200 White Clay Center Drive
Newark, Delaware 19801


Gail Siegel, Esq.
JPMorganChase
100 Duffy Avenue, 3H2
Hicksville, NY 11801


Maines Paper & Food Service, Inc.
101 Broome Corporate Parkway
Conklin, NY 13748


Alyssa M. Barreiro, Esq.
Hinman, Howard & Kattell, LLP
700 Security Mutual Building - 80 Exchange St.
Binghamton, NY 13901

Beal Bank
6000 Legacy Drive
Plano, Texas 75024


Benderson Development Company, Inc.
570 Delaware Avenue
Buffalo, NY 14202


North American Energy, Inc.
20 West Third Street
Jamestown, NY 14702


Paul A. Peters, Esq.
Hiscock & Barclay, LLP
1100 M & T Center - Three Fountain Plaza
Buffalo, NY 14203


Tarantino Foods, LLC
530 Bailey Avenue
Buffalo, NY 14206


Robert A. Dean, Esq.
Brownstone Professional Building
1870 Whitehaven Road - P.O. Box 1005
Grand Island, NY 14072


Advance Carpet Cleaning
P.O. Box 3061
Syracuse, NY 13220


Advanta Leasing Services
P.O. Box 41598
Philadelphia, PA 19101


Aire-Master
976 Almond Road
Hornell, NY 14843


American Steam Cleaning Services, Inc.
1317 Sweitzer Street
Greenville, Ohio 45373


AT&T
P.O. Box 9001310
Louisville, KY 40290


Bee Group Newspapers
Classified Dept.
P.O. Box 150
Buffalo, NY 14231



Browning-Ferris Industries
P.O. Box 830110
Baltimore, MD 21283


Buffalo Expert Service
3003 Genesee Street
Buffalo, NY 14225


Buffalo Hotel Supply
P.O. Box 646
Amherst, NY 14226


Buffalo News
One News Plaza
P.O. Box 100
Buffalo, NY 14240


Comtrex Systems Corporation
1348 Scott Lake Road
Waterford, MI 48328


Darling International Inc.
825 Wilson Avenue
Newark, NJ 07105


Data Source
1400 Universal Avenue
Kansas City, MO 64120


Dataworks
4550 S. Windermere Street
Englewood, Colorado 81110


Dr. Pepper Company
P.O. Box 101652
Atlanta, GA 30392


Farmers Insurance Company
P.O. Box 10225
Columbus, OH 43215


First Cardinal Corporation
210 Washington Avenue Ext.
Albany, NY 12203


First Rehabilitation Life Insurance Co.
P.O. Box 220727
Great Neck, NY 11022

Hobart
111 Dingens Street
Buffalo, NY 14206


Indus Foods, Inc.
1170 Victor Road
Suite 230
Pittsford, NY 14534


InstaWhip Foods
2117 Genesee Street
Buffalo, NY 14211


Irish Carbon
1444 Clinton Street
Buffalo, NY 14206


Key Bank
Credit Cards Services
P.O. Box 6040
Cleveland, OH 44185


Key Bank
P.O. Box 94831
Cleveland, OH 44101


M&T Bank
Attention: Special Assets Dept.
P.O. Box 767
Buffalo, NY 14240


MAB Maintenance
360 Belmont Avenue
Buffalo, NY 14223


Manna Refrigeration Service
33 Franklin Street
Lockport, NY 14094


Metro Group, Inc.
25 Boxwood Lane
P.O. Box 211
Buffalo, NY 14225


MFHS Physicians' Services, P.C.
P.O. Box 8000 - Dept. 744
Buffalo, NY 14240



Modern Disposal
4746 Model City Road
Model City, NY 14107


Muzak
2216 Kensington Avenue
Buffalo, NY 14226


National Fuel
10 Lafayette Square
Buffalo, NY 14203


Niagara Mohawk
300 Erie Boulevard West
Syracuse, NY 13202


ABD Lighting Co.
2885 Bailey Avenue
Buffalo, NY 14215


North American Choice STBA
20 West Third Street, Suite 10
P.O. Box 400
Jamestown, NY 14701


Kaleida Waterfront Health Care Center
200 7th Street
Buffalo, NY 14201


Capital One Services, Inc.
P.O. Box 85617
Richmond, Virginia 23285


Juniper Bank
P.O. Box 8834
Wilmington, DE 19859


Chase Bank, USA
P.O. Box 15007
Wilmington, DE 19850


Aurora Plumbing
5800 Seneca Street
Elma, NY 14059

Internal Revenue Service
Andover, MA 05501


NYS Sales Tax
P.O. Box 1208
New York, NY 10005


Citi Bank
P.O. Box 8116
S. Hackensack, NJ 07606


M & T Bank
P.O. Box 4091
Buffalo, NY 14240


Citi Aadvantage Business Card
P.O. Box 410408
Salt Lake City, UT 84141


Citibank
P.O. Box 8116
S. Hackensack, NJ 07606


Ecolab
P.O. Box 9053217
Charlotte, North Carolina 22829


F.J. Pugliese, Inc.
909 Oswego Street
P.O. Box 4669
Utica, NY 13504


N.Y.S. Unemployment Ins.
Church Street Station
P.O. Box 1411
New York, NY 10005


Pepsi Cola Of Buffalo
2770 Walden Avenue
Buffalo, NY 14225


Povinelli Cuttery Services Inc.
3231 Harlem Road
Cheektowaga, NY 14225

Randall Benderson
P.O. Box 660
Buffalo, NY 14201


The Seven-Up Company
P.O. Box 101652
Atlanta, GA 30392


Vectra
3990 Business Park Drive
Columbus, OH 43204


W.B. Doner & Company
P.O. Box 67-2871
Detroit, MI 48267


Wasserstrom
477 South Front Street
Columbus, OH 43215